IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JIMMY RAY DARBY, ID # 314319, § | | |
| Plaintiff, § | | |
| v. § | | No. 3:06-CV-1928-K(BH) |
| § | | |
| DALLAS COUNTY SHERIFF, et al., § | | |
| Defendants. § | | Pretrial Management |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Plaintiff's claims against Defendant Nurse Colin are **DISMISSED** with prejudice on the grounds that they are barred by limitations, and Plaintiff's claims against unknown defendants are **DISMISSED** without prejudice for lack of jurisdiction. Only the claims against the Dallas County Sheriff in her official capacity pertaining to violations of law occurring on July 16, 2004, will remain for trial in this case.

SO ORDERED.

Signed this 24th day of August, 2007.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE